IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| COLBY L. BEAL, individually and on behalf of All others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTFIELD BREW HOUSE LLC d/b/a BUDWEISER BREW HOUSE,<br><br>Defendant. | Case No. 2:18-CV-4028-MDH |

## ORDER

On July 24, 2018, the Court held a telephone conference regarding the parties' discovery dispute. After hearing argument from the parties, the Court **ORDERS** the following:

1. Defendant's motion to bifurcate discovery based on class allegations is overruled. Defendant is ordered to respond to discovery, including any requests pertaining to class allegations.

2. Defendant's general boilerplate objections to discovery are overruled. The parties are ordered to read and respond to discovery requests carefully and provide supplemental answers and responses in a timely manner. Defendant is ordered to respond to the pending discovery within 10 days of the date of this Order. If a response to a discovery request calls for a response indicating no such documentation or information exists than the response shall so state.

3. Verification of the discovery responses shall be signed by the parties to this litigation, not by the attorneys.

4. Plaintiff shall provide his cell phone records for the relevant time period. Plaintiff's records may be produced pursuant to the Court's Protective Order.

5. All discovery responses shall be complete and the parties are reminded to supplement discovery responses in a timely manner shall additional responsive information be discovered during the course of litigation.

6. After Defendant has provided its additional and supplemental discovery responses, Plaintiff may file a motion to compel if he feels the discovery remains incomplete or insufficient. Defendant shall then have an opportunity to respond to any such motion. The parties are reminded the Court does not have the specific discovery requests and any disputes over additional interrogatories or requests for production of documents shall be provided to the Court with any relevant motion.

7. Finally, the Court reminds the parties that under the Federal and Local Rules of Civil Procedure, they are obligated to confer, or attempt to confer, in good faith to resolve their disputes.

**IT IS SO ORDERED.**

Date: July 24, 2018

*s/ Douglas Harpool*
DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE