IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| COLBY L. BEAL, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> OUTFIELD BREW HOUSE, LLC, D/B/A BUDWEISER BREW HOUSE <br><br> Defendant. | Case No. 2:18-cv-4028 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's Seventh Supplemental Responses and Objections to Plaintiff's First Interrogatories was served via email in pdf format the 11th day of April, 2019 to the below counsel of record:

William Charles Kenney
Bill Kenney Law Firm LLC
1100 Main Street
Suite 1800
Kansas City, MO 64105
bkenney@billkenneylaw.com

Benjamin H. Richman (*pro hac vice*)
Michael Ovca
Edelson – Chicago
350 North LaSalle, 14th FL
Chicago, IL 60654
brichman@edelson.com
movca@eldelson.com

Eve-Lynn J. Rapp (*pro hac vice*)
Edelson PC
123 Townsend Street, Suite 100
San Francisco, CA 94107
erapp@edelson.com

Sydney M. Janzen (*pro hac vice*)
Edelson PC
350 N. LaSalle Street, 14th Floor
Chicago, IL  60654
sjanzen@edelson.com
**Attorneys for Plaintiffs**

                Respectfully submitted,

                */s/ Jacqueline M. Sexton*

| | |
|---|---|
| W. James Foland | #25022 |
| Jacqueline M. Sexton | #53262 |
| Zach T. Bowles | #70531 |

Foland, Wickens, Roper, Hofer & Crawford, P.C.
1200 Main Street, Suite 2200
Kansas City, MO 64105
(816) 472-7474
(816) 472-6262 Facsimile
Email:  jfoland@fwpclaw.com
         jsexton@fwpclaw.com
         zbowles@fwpclaw.com

and

Lauri A. Mazzuchetti (*pro hac vice*)
Whitney M. Smith (*pro hac vice*)
Glenn T. Graham (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:  (973) 503-5900
Facsimile:  (973) 503-5950
Email:  lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com
ggraham@kelleydrye.com

David I. Zalman (*pro hac vice*)
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, New York 10178
Telephone:  (212) 808-7985
Email:  dzalman@kelleydrye.com

***Attorneys for Defendant Outfield Brew House LLC d/b/a Budweiser Brew House***