### *WESTERN DISTRICT OF MISSOURI*
### *CENTRAL DIVISION*


## JUDGMENT IN A CIVIL CASE

## *UNITED STATES DISTRICT COURT*

| | | |
|---|---|---|
| COLBY BEAL, | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No. 18-4028-CV-C-MDH |
| | ) | |
| OUTFIELD BREW HOUSE, LLC | ) | |
| d/b/a BUDWEISER BREW HOUSE, | ) | |

___     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.


It is hereby **ORDERED AND ADJUDGED** Plaintiff's Motion for Class Certification (Doc. 173) is **DENIED**; Defendant's Motion for Summary Judgment (Doc. 183) is **GRANTED**; Plaintiff's Cross-Motion for Partial Summary Judgment (Doc. 203) is **DENIED**; and Defendant's Motion to Exclude the Opinion and Testimony of Plaintiff's Proffered Expert Dr. Michael Shamos (Doc. 212) is **DENIED IN PART AND GRANTED IN PART**.

**IT IS SO ORDERED**.




 February 14, 2020                               Paige Wymore-Wynn
Date                                             Clerk of Court


Entered on:  February 10, 2020              s/Linda Howard_____
                                              (By) Deputy Clerk