EXHIBIT A—FEES OF THE COURT

| Description | Cost |
|---|---:|
| Pro Hac Vice Application Fee—Lauri A. Mazzuchetti | $100.00 |
| Pro Hac Vice Application Fee—Whitney M. Smith | $100.00 |
| Pro Hac Vice Application Fee—Glenn T. Graham | $100.00 |
| Pro Hac Vice Application Fee—David I. Zalman | $100.00 |
| **Total** | $400.00 |

**Leslie Owen**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, June 12, 2018 1:13 PM |
| **To:** | Leslie Owen |
| **Subject:** | Pay.gov Payment Confirmation: MISSOURI WESTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Laura Schwaller at 816-512-5065.

   Account Number: 4646493
   Court: MISSOURI WESTERN DISTRICT COURT
   Amount: $100.00
   Tracking Id: AMOWDC-5811540
   Approval Code: 188118
   Card Number: ************2006
   Date/Time: 06/12/2018 02:12:55 ET

   Attorney Name: Jacqueline M. Sexton
   Firm Name: Foland, Wickens, Roper, Hofer & Crawford, P.C.
   Person Completing the Transaction: Lisa Reinier

NOTE: This is an automated message. Please do not reply

Case 2:18-cv-04028-MDH   Document 254-2   Filed 03/05/20   Page 2 of 5
1

**Leslie Owen**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Tuesday, June 12, 2018 1:09 PM |
| **To:** | Leslie Owen |
| **Subject:** | Pay.gov Payment Confirmation: MISSOURI WESTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Laura Schwaller at 816-512-5065.

 Account Number: 4646493
 Court: MISSOURI WESTERN DISTRICT COURT
 Amount: $100.00
 Tracking Id: AMOWDC-5811518
 Approval Code: 149423
 Card Number: ************2006
 Date/Time: 06/12/2018 02:09:01 ET

 Attorney Name: Jacqueline M. Sexton
 Firm Name: Foland, Wickens, Roper, Hofer & Crawford, P.C.
 Person Completing the Transaction: Lisa Reinier

NOTE: This is an automated message. Please do not reply

# Leslie Owen

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Friday, August 31, 2018 3:10 PM |
| **To:** | Leslie Owen |
| **Subject:** | Pay.gov Payment Confirmation: MISSOURI WESTERN DISTRICT COURT |

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Laura Schwaller at 816-512-5065.

Account Number: 4646493
Court: MISSOURI WESTERN DISTRICT COURT
Amount: $100.00
Tracking Id: AMOWDC-5920148
Approval Code: 172779
Card Number: ************2006
Date/Time: 08/31/2018 04:09:29 ET

Attorney Name: Jacquline M. Sexton
Firm Name: Foland, Wickens, Roper, Hofer & Crawford, P.C.
Person Completing the Transaction: Lisa Reinier

NOTE: This is an automated message. Please do not reply

**Leslie Owen**
___

**Subject:** Activity in Case 2:18-cv-04028-MDH Beal v. Outfield Brew House, LLC Motion to Appear Pro Hac Vice

**From:** ecfMOW.notification@mow.uscourts.gov <ecfMOW.notification@mow.uscourts.gov>
**Sent:** Thursday, December 27, 2018 10:03 AM
**To:** cmecf_atynotifications@mow.uscourts.gov
**Subject:** Activity in Case 2:18-cv-04028-MDH Beal v. Outfield Brew House, LLC Motion to Appear Pro Hac Vice

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Missouri

## Notice of Electronic Filing

The following transaction was entered by Sexton, Jacqueline on 12/27/2018 at 10:03 AM CST and filed on 12/27/2018
**Case Name:** Beal v. Outfield Brew House, LLC
**Case Number:** 2:18-cv-04028-MDH
**Filer:** Outfield Brew House, LLC
**Document Number:** 135

**Docket Text:**
**Motion to allow David I. Zalman to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC-6095460) filed by Jacqueline M Sexton on behalf of Outfield Brew House, LLC. (Sexton, Jacqueline)**

**2:18-cv-04028-MDH Notice has been electronically mailed to:**

Aristotle N. Rodopoulos      ari@woodlaw.com, tammy@woodlaw.com

Eve-Lynn J Rapp      erapp@edelson.com, docket@edelson.com

Glenn T Graham      ggraham@kelleydrye.com

Jacqueline M Sexton      jsexton@fwpclaw.com, lreinier@fwpclaw.com

Jeffrey W. Schaeperkoetter      jwschae@hotmail.com

Lauri Anne Mazzuchetti      lmazzuchetti@kelleydrye.com, docketing@kelleydrye.com

Sydney Janzen      sjanzen@edelson.com

Case 2:18-cv-04028-MDH   Document 254-2   Filed 03/05/20   Page 5 of 5

1