EXHIBIT B—FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE

| Description | Cost |
|---|---:|
| Kellie Rush Transcript | $281.40 |
| 4 Business Day Expedite | $268.00 |
| Exhibits - Scanned | $0.35 |
| Archive | $7.50 |
| Steve Klingbeil Transcript | $117.60 |
| 4 Business Day Expedite | $112.00 |
| Archive | $7.50 |
| Video Media Copy of Rush and Klingbeil | $150.00 |
| Dana Biffar Transcript | $373.80 |
| 4 Business Day Expedite | $356.00 |
| Exhibits - Scanned | $37.10 |
| Archive | $7.50 |
| Montana Asher transcript | $147.00 |
| 4 Business Day Expedite | $140.00 |
| Exhibits - Scanned | $6.30 |
| Video Media Copy | $175.00 |
| David Stewart Transcript | $360.45 |
| David Shipman Transcript | $302.60 |
| David Stewart/David Shipman Attendance - per hour - transcribed | $160.00 |
| David Stewart/David Shipman Video - Set up and First Hour | $250.00 |
| David Stewart/David Shipman Video - Additional Hours | $450.00 |
| David Stewart/David Shipman Archive | $7.50 |
| Caitlin Almany Transcript | $280.35 |
| Video - Set Up and First Hour | $250.00 |
| Attendance - Two Hour Min - Transcribed | $80.00 |

| | |
|---|---|
| Exhibits - Scanned | $3.60 |
| Archive | $7.50 |
| Michael Shamos Transcript | $1287.50 |
| Attendance - Full day | $95.00 |
| Exhibits - Scanned | $51.30 |
| Archive | $7.50 |
| Realtime and Rough | $2.70 |
| Michael Mitzenmacher Transcript | $918.00 |
| Exhibits w/ Tabs | $83.05 |
| Processing & Compliance | $45.00 |
| Exhibits Color | $74.10 |
| Olivia Ricci Transcript | $214.20 |
| 5 Business Day Expedite | $102.00 |
| Exhibits - Scanned | $6.65 |
| Archive | $7.50 |
| Colby Beal Transcript | $943.95 |
| Video - Set Up & First Hour | $250.00 |
| Video - Additional Hours | $750.00 |
| Attendance - per hour - transcribed | $180.00 |
| Exhibits - Scanned | $73.50 |
| Archive | $7.50 |
| Blake Miller Transcript | $409.10 |
| Benjamin Rodriguez Transcript | $433.40 |
| Blake Miller/Benjamin Rodriguez Video | $170.00 |
| Hearing Transcript (June 26, 2018) | $145.20 |
| Transcript (November 13, 2018 Hearing) | $223.10 |
| **Total** | $10819.30 |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 77404 | 9/26/2018 | 57705 |

| Job Date | Case No. | |
|---|---|---|
| 9/12/2018 | 218CV4028 | |

| Case Name |
|---|
| Colby L Beal et al v Outfield Brew House et al |

| Payment Terms |
|---|
| Due upon receipt |

**ALARIS**
Litigation Services
800-280-3376

Jacqueline M Sexton
Foland Wickens Roper Hofer & Crawford PC
Suite 2200
1200 Main Street
Kansas City, MO  64105

| | | | | | |
|---|---|---|---|---|---|
| EXPEDITED 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Kellie Rush | 134.00 | Page | @ | 2.10 | 281.40 |
| 4 Business Day Expedite | | | | | 268.00 |
| ~Exhibits- Scanned | | | | 0.35 | 0.35 |
| Archive | | | | 7.50 | 7.50 |
| Standard Shipping | | | | 10.00 | 10.00 |
| Go Green Discount | | | | -16.48 | -16.48 |
| VIDEO SERVICES: | | | | | |
| Kellie Rush; Steve Klingbeil (VID) | | | | | |
| Video Media Copy | 3.00 | Hour | @ | 50.00 | 150.00 |
| EXPEDITED 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Steve Klingbeil | 56.00 | Page | @ | 2.10 | 117.60 |
| 4 Business Day Expedite | | | | | 112.00 |
| Archive | | | | 7.50 | 7.50 |
| Go Green Discount | | | | -6.89 | -6.89 |
| | | | **TOTAL DUE  >>>** | | **$930.98** |

dab

Tax ID: 43-1699962

*Please detach bottom portion and return with payment.*

Jacqueline M Sexton
Foland Wickens Roper Hofer & Crawford PC
Suite 2200
1200 Main Street
Kansas City, MO  64105

| | | | | |
|---|---|---|---|---|
| Job No. | : 57705 | BU ID | : STL | |
| Case No. | : 218CV4028 | | | |
| Case Name | : Colby L Beal et al v Outfield Brew House et al | | | |
| Invoice No. | : 77404 | Invoice Date | : 9/26/2018 | |
| **Total Due** | **: $930.98** | | | |

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                 Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:   **Alaris Litigation Services**
**800-280-3376**
**P.O. Box 66936**
**Saint Louis, MO  63166-6936**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 77526 | 9/27/2018 | 57706 |

| Job Date | Case No. | |
|---|---|---|
| 9/13/2018 | 218CV4028 | |

| Case Name |
|---|
| Colby L Beal et al v Outfield Brew House et al |

| Payment Terms |
|---|
| Due upon receipt |

**ALARIS**
Litigation Services
800-280-3376

Jacqueline M Sexton
Foland Wickens Roper Hofer & Crawford PC
Suite 2200
1200 Main Street
Kansas City, MO 64105

| | | | | |
|---|---|---|---|---|
| EXPEDITED 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Dana Biffar | 178.00 Page | @ | 2.10 | 373.80 |
| 4 Business Day Expedite | | | | 356.00 |
| ~Exhibits- Scanned | 106.00 Page | @ | 0.35 | 37.10 |
| Archive | | | 7.50 | 7.50 |
| Standard Shipping | | | 10.00 | 10.00 |
| Go Green Discount | | | -21.89 | -21.89 |
| EXPEDITED 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Montana Asher | 70.00 Page | @ | 2.10 | 147.00 |
| 4 Business Day Expedite | | | | 140.00 |
| ~Exhibits- Scanned | 18.00 Page | @ | 0.35 | 6.30 |
| Go Green Discount | | | -8.61 | -8.61 |
| VIDEO SERVICES: | | | | |
| Dana Biffar Montana Asher (VID) | | | | |
| Video Media Copy | 3.50 Hour | @ | 50.00 | 175.00 |
| | **TOTAL DUE >>>** | | | **$1,222.20** |

Go Green Discount Applied
dab

Tax ID: 43-1699962

*Please detach bottom portion and return with payment.*

Jacqueline M Sexton
Foland Wickens Roper Hofer & Crawford PC
Suite 2200
1200 Main Street
Kansas City, MO 64105

| | | | | |
|---|---|---|---|---|
| Job No. | : 57706 | BU ID | : STL |
| Case No. | : 218CV4028 | | |
| Case Name | : Colby L Beal et al v Outfield Brew House et al | | |
| Invoice No. | : 77526 | Invoice Date | : 9/27/2018 |
| **Total Due** | : **$1,222.20** | | |

| PAYMENT WITH CREDIT CARD | AMEX / MASTERCARD / VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Alaris Litigation Services**
**800-280-3376**
**P.O. Box 66936**
**Saint Louis, MO 63166-6936**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 89519 | 2/20/2019 | 66006 |

| Job Date | Case No. | |
|---|---|---|
| 2/7/2019 | 218CV4028 | |

| Case Name |
|---|
| Colby L Beal et al v Outfield Brew House et al |

| Payment Terms |
|---|
| Due upon receipt |

**ALARIS**
Litigation Services
800-280-3376

Jacqueline M Sexton
Foland Wickens Roper Hofer & Crawford PC
Suite 2200
1200 Main Street
Kansas City, MO  64105

VIDEO SERVICES:

Dave Shipman; Dave Stewart (VID)

| | | | | | |
|---|---|---|---|---|---|
| Video Deposition - Set Up and First Hour | | | | 250.00 | 250.00 |
| Video Deposition - Additional Hours | 3.00 | Hour | @ | 150.00 | 450.00 |
| Video Deposition - Sync Charge | 2.00 | Hour | @ | 50.00 | 100.00 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| David Stewart | 81.00 | Page | @ | 4.45 | 360.45 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| David Shipman | 68.00 | Page | @ | 4.45 | 302.60 |
| Attendance - Per Hour - Transcribed | 4.00 | Hour | @ | 40.00 | 160.00 |
| Archive | | | | 7.50 | 7.50 |
| Standard Shipping | | | | 20.00 | 20.00 |

**TOTAL DUE  >>>**  **$1,650.55**

Not Farmers or All State

Tax ID: 43-1699962

*Please detach bottom portion and return with payment.*

Jacqueline M Sexton
Foland Wickens Roper Hofer & Crawford PC
Suite 2200
1200 Main Street
Kansas City, MO  64105

| | | | |
|---|---|---|---|
| Job No. | : 66006 | BU ID | : STL |
| Case No. | : 218CV4028 | | |
| Case Name | : Colby L Beal et al v Outfield Brew House et al | | |
| Invoice No. | : 89519 | Invoice Date | : 2/20/2019 |
| **Total Due** | : **$1,650.55** | | |

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date: _____  Phone#:

Billing Address:

Zip: _____  Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:  **Alaris Litigation Services**
**800-280-3376**
**P.O. Box 66936**
**Saint Louis, MO  63166-6936**

COR003. 15888

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 90608 | 2/25/2019 | 65922 |

| Job Date | Case No. | |
|---|---|---|
| 2/8/2019 | 218CV4028 | |

| Case Name | | |
|---|---|---|
| Colby L Beal et al v Outfield Brew House et al | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

**ALARIS**
Litigation Services

Jacqueline M Sexton
Foland Wickens Roper Hofer & Crawford PC
Suite 2200
1200 Main Street
Kansas City, MO  64105

| VIDEO SERVICES: | | | | | |
|---|---|---|---|---|---|
| Caitlin Almany (VID) | | | | | |
| Video Deposition - Set Up and First Hour | | | | 250.00 | 250.00 |
| Video Deposition - Sync Charge | | | | 50.00 | 50.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Caitlin Almany | 63.00 Page | @ | 4.45 | | 280.35 |
| Attendance - Two Hour Minimum - Transcribed | | | | 80.00 | 80.00 |
| ~Exhibits- Scanned | 8.00 Page | @ | 0.45 | | 3.60 |
| Archive | | | | 7.50 | 7.50 |
| Standard Shipping | | | | 20.00 | 20.00 |
| | | **TOTAL DUE >>>** | | | **$691.45** |

slm

**Tax ID:** 43-1699962

*Please detach bottom portion and return with payment.*

Jacqueline M Sexton
Foland Wickens Roper Hofer & Crawford PC
Suite 2200
1200 Main Street
Kansas City, MO  64105

| | | | | |
|---|---|---|---|---|
| Job No. | : 65922 | BU ID | : COMO | |
| Case No. | : 218CV4028 | | | |
| Case Name | : Colby L Beal et al v Outfield Brew House et al | | | |
| Invoice No. | : 90608 | Invoice Date | : 2/25/2019 | |
| **Total Due** | **: $691.45** | | | |

**PAYMENT WITH CREDIT CARD**      AMEX  [  ]  VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Alaris Litigation Services**
**800-280-3376**
**P.O. Box 66936**
**Saint Louis, MO  63166-6936**

# INVOICE



**ALARIS**
Litigation Services
800-280-3376

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 95606 | 4/25/2019 | 70625 |
| **Job Date** | **Case No.** | |
| 4/10/2019 | 218CV4028 | |
| **Case Name** | | |
| Colby L Beal et al v Outfield Brew House et al | | |
| **Payment Terms** | | |
| Net 30 | | |

Lauri A Mazzuchetti
Kelley Drye & Warren LLP
2nd Floor
One Jefferson Road
Parsippany, NJ 07054

| | | | | | |
|---|---|---|---|---|---|
| EXPEDITED ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Michael Sharnos PhD | 206.00 | Page | @ | 6.25 | 1,287.50 |
| Attendance - Full Day | | | | 95.00 | 95.00 |
| ~Exh bits- Scanned | 114.00 | Page | @ | 0.45 | 51.30 |
| Archive | | | | 7.50 | 7.50 |
| Standard Shipping | | | | 20.00 | 20.00 |
| Realtime and Rough | | | | 2.70 | 2.70 |
| | | | **TOTAL DUE >>>** | | **$1,464.00** |

Shipping is for return of original exhibits
Deposition held in Pittsburgh, PA
4 day expedite

slm

Tax ID: 43-1699962

---

*Please detach bottom portion and return with payment.*

Lauri A Mazzuchetti
Kelley Drye & Warren LLP
2nd Floor
One Jefferson Road
Parsippany, NJ 07054

| | | | | |
|---|---|---|---|---|
| Job No. | : 70625 | BU ID | : STL |
| Case No. | : 218CV4028 | | |
| Case Name | : Colby L Beal et al v Outfield Brew House et al | | |
| | | | |
| Invoice No. | : 95606 | Invoice Date | : 4/25/2019 |
| **Total Due** | : **$1,464.00** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:    **Alaris Litigation Services**
**800-280-3376**
**P.O. Box 66936**
**Saint Louis, MO 63166-6936**


**ESQUIRE**

2700 Centennial Tower
101 Marietta Street
Atlanta GA 30303
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

*Invoice* **INV1498313**

| | | | |
|---|---|---|---|
| Date | 6/13/2019 | Client Number | C04737 |
| Terms | Net 30 | Esquire Office | Chicago |
| Due Date | 7/13/2019 | Proceeding Type | Deposition |
| | | Name of Insured | |
| | | Adjuster | |
| | | Firm Matter/File # | |
| | | Client VAL ID | |
| | | Date of Loss | |

**Bill To**

Kelley Drye & Warren - Parsippany
One Jefferson Road
2nd Floor
Parsippany NJ 07054

**Services Provided For**

Kelley Drye & Warren - Parsippany
Mazzuchetti, Lauri
One Jefferson Road
2nd Floor
Parsippany NJ 07054

| 5/29/2019 | J4144018 | Boston, MASSACHUSETTS | | BEAL V. OUTFIELD BREW HOUSE, LLC | |
|---|---|---|---|---|---|
| TRANSCRIPT - COPY-M/T-WI | | Michael Mitzenmacher | 255 | 3.60 | 918.00 |
| EXHIBITS W/TABS | | Michael Mitzenmacher | 151 | 0.55 | 83.05 |
| PROCESSING & COMPLIANCE | | Michael Mitzenmacher | 1 | 45.00 | 45.00 |
| EXHIBITS COLOR | | Michael Mitzenmacher | 38 | 1.95 | 74.10 |

| | |
|---|---|
| Subtotal | 1,120.15 |
| Shipping Cost (FedEx) | 35.50 |
| Total | 1,155.65 |
| Amount Due | $1,155.65 |

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-208(J)(1)(g)(3) through (6).

Please detach and return this bottom portion with your payment or pay online at

**www.esquireconnect.com**

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

| | |
|---|---|
| Client Name | Kelley Drye & Warren - Parsipp... |
| Client # | C04737 |
| Invoice # | INV1498313 |
| Invoice Date | 6/13/2019 |
| Due Date | 7/13/2019 |
| Amount Due | $ 1,155.65 |

# INVOICE



**ALARIS**
Litigation Services
800-280-3376

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71955 | 7/20/2018 | 52814 |

| Job Date | Case No. | |
|---|---|---|
| 7/6/2018 | 218CV4028 | |

| Case Name |
|---|
| Colby L Beal et al v Outfield Brew House et al |

| Payment Terms |
|---|
| Net 30 |

Lauri A Mazzuchetti
Kelley Drye & Warren LLP
2nd Floor
One Jefferson Road
Parsippany, NJ 07054

| EXPEDITED 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Olivia Ricci | 102.00 | Page | @ | 2.10 | 214.20 |
| 5 Business Day Expedite | | | | | 102.00 |
| ~Exhibits- Scanned | 19.00 | Page | @ | 0.35 | 6.65 |
| Archive | | | | 7.50 | 7.50 |
| | | | **TOTAL DUE >>>** | | **$330.35** |

Deposition held in St. Louis, MO
5 day expedite

ks

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$330.35** |

**Tax ID:** 43-1699962

*Please detach bottom portion and return with payment.*

Lauri A Mazzuchetti
Kelley Drye & Warren LLP
2nd Floor
One Jefferson Road
Parsippany, NJ 07054

| | | |
|---|---|---|
| Invoice No. | : | 71955 |
| Invoice Date | : | 7/20/2018 |
| **Total Due** | : | **$330.35** |

| Remit To: | **Alaris Litigation Services** |
|---|---|
| | **800-280-3376** |
| | **P.O. Box 66936** |
| | **Saint Louis, MO 63166-6936** |

| | | |
|---|---|---|
| Job No. | : | 52814 |
| BU ID | : | STL |
| Case No. | : | 218CV4028 |
| Case Name | : | Colby L Beal et al v Outfield Brew House et al |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 80725 | 10/31/2018 | 59905 |

| Job Date | Case No. | |
|---|---|---|
| 10/23/2018 | 218CV4028 | |

| Case Name | | |
|---|---|---|
| Colby L Beal et al v Outfield Brew House et al | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

**ALARIS**
Litigation Services

Lauri A Mazzuchetti
Kelley Drye & Warren LLP
2nd Floor
One Jefferson Road
Parsippany, NJ 07054

| | | | | | | |
|---|---|---|---|---|---|---|
| VIDEO SERVICES: | | | | | | |
| Colby Beal (VID) | | | | | | |
| Video Deposition - Set Up and First Hour | | | | | 250.00 | 250.00 |
| Video Deposition - Additional Hours | 5.00 | Hour | @ | 150.00 | 750.00 | |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | | |
| Colby Beal | | | | | | |
| | 217.00 | Page | @ | 4.35 | 943.95 | |
| Attendance - Per Hour - Transcribed | 6.00 | Hour | @ | 30.00 | 180.00 | |
| ~Exhibits- Scanned | 210.00 | Page | @ | 0.35 | 73.50 | |
| Archive | | | | | 7.50 | 7.50 |
| Standard Shipping | | | | | 10.00 | 10.00 |

| | |
|---|---|
| TOTAL DUE >>> | $2,214.95 |

Deposition held in Columbia Missouri
dab

**Tax ID: 43-1699962**

---

*Please detach bottom portion and return with payment.*

Lauri A Mazzuchetti
Kelley Drye & Warren LLP
2nd Floor
One Jefferson Road
Parsippany, NJ 07054

| | | | | |
|---|---|---|---|---|
| Job No. | : 59905 | BU ID | : COMO |
| Case No. | : 218CV4028 | | |
| Case Name | : Colby L Beal et al v Outfield Brew House et al | | |
| Invoice No. | : 80725 | Invoice Date | : 10/31/2018 |
| **Total Due** | **: $2,214.95** | | |

Remit To:  **Alaris Litigation Services**
 **800-280-3376**
 **P.O. Box 66936**
 **Saint Louis, MO 63166-6936**

**PAYMENT WITH CREDIT CARD**            AMEX  [ ]  VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:            Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:



**COURT REPORTERS EXCHANGE** LLC
*Administrative Services for Reporting Professionals*

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
(913) 825-2560 • Fax 825-2530
www.crexchange.net
office@crexchange.net

Lauri A. Mazzuchetti
KELLEY, DRYE & WARREN, LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054

## *Invoice #20388*

| Date | Terms |
|------|-------|
| 03/22/2019 | Due on receipt |

## **PAST DUE**

**Job #10173 on 03/01/2019**

**Case:** Colby L. Beal vs Outfield Brew House, LLC    **Reporter:** Megee, Myles A.

| Description | Amount |
|-------------|--------|
| **Copy Transcript of Blake R. Miller** | |
| Transcript Copy | $ 409.10 |
| | $ 409.10 |

| | |
|---|---|
| Amount Due: | $ 409.10 |
| Paid: | $ 0.00 |

| Balance Due: | $ 409.10 |
|--------------|----------|
| Payment Due: | Upon Receipt |

*Prepared on behalf of Sommers Reporting Company*

*Please remit payment to Court Reporters Exchange, LLC*



**COURT REPORTERS**
*Administrative Services for Reporting Professionals*

**EXCHANGE** LLC

8700 Monrovia, Suite 310
Lenexa, Kansas 66215-3500
(913) 825-2560 • Fax 825-2530
www.crexchange.net
office@crexchange.net

Lauri A. Mazzuchetti
KELLEY, DRYE & WARREN, LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054

### *Invoice #20390*

| Date | Terms |
|------|-------|
| 03/22/2019 | Due on receipt |

### PAST DUE

| Job #10174 on 03/01/2019 |
|---|

**Case:** Colby L. Beal vs Outfield Brew House, LLC          **Reporter:** Stock, Ellen L

| Description | Amount |
|---|---|
| **Copy Transcript of Benjamin Rodriguez** | |
| Transcript Copy | $ 433.40 |
| | $ 433.40 |

| | |
|---|---|
| Amount Due: | $ 433.40 |
| Paid: | $ 0.00 |

*Prepared on behalf of Sommers Reporting Company*

| Balance Due: | $ 433.40 |
|---|---|
| Payment Due: | Upon Receipt |

*Please remit payment to Court Reporters Exchange, LLC*

# LEGAL INVESTIGATIVE SERVICES, INC.
# LEGAL VIDEO PRODUCTIONS
### 500 NW 301
### Warrensburg, MO 64093

### (660) 429-1156
### all@lislvp.net

**Facsimile**
**(660) 429-1550**

**Kansas City Line**
**(816) 221-9888**

## *INVOICE*

### *DUE UPON RECEIPT--NOT CONTINGENT UPON CLIENT PAYMENT*

*(1.5% Monthly, 18% Annually)* -- *(Federal Tax ID No.: 43-1405332)*

TO:     Ms. Lauri A. Mazzuchetti       **BILLING DATE:** 03/20/2019
       KELLEY DRYE
       One Jefferson Road, 2nd Floor     **INVOICE NO.:** 032019-LAM
       Parsippany, NJ 07054

REFERENCE:     Colby L. Beal vs. Outfield Brew House, LLC
           Total: $702.14

---

**Friday, March 1, 2019**

| | |
|---|---:|
| MPEGs of the Depositions of Blake Miller and Benjamin Rodriguez | $170.00 |
| Synchronization of Above Depositions | 148.75 |
| *Discs of Above Depositions* | *6.00* |
| Lavalier Microphone (Ms. Mazzuchetti agreed to reimburse) | 365.00 |
| Shipping & Handling | 12.00 |
| *Sales Tax (6.475%)* | *$ .39* |

**TOTAL:**     **$702.14**

*We appreciate your business and look forward to working with you in the future!*

**RAPID TRANSCRIPT**
**Lissa C. Whittaker**
**1001 West 65th Street**
**Kansas City, Missouri 64113**
**rapidtranscript@gmail.com**
**Phone - (816) 914-3613**

---

EIN 43-1657931

**INVOICE**

July 16, 2018

Ms. Miranda Katz
Kelley Drye & Warren
1 Jefferson Rd., Second Floor
Parsippany, NJ  07054

RE:   *Colby Beal v. Outfield Brew House*, Case No. 18-4028-CV-C-MDH

Preparation of transcript of case management conference held 6/26/18

24 pages at $6.05 per page                    $  145.20

Amount Due                           $  145.20

Terms: Payment Due Upon Receipt

**RAPID TRANSCRIPT**
**Lissa C. Whittaker**
**1001 West 65th Street**
**Kansas City, Missouri 64113**
**rapidtranscript@gmail.com**
**Phone - (816) 914-3613**

EIN 43-1657931

**INVOICE**

November 21, 2018

Ms. Miranda Katz
Kelley Drye
1 Jefferson Rd. 2nd Floor
Parsippany, NJ 07054

Re: *Beal v. Outfield Brew House*, Case No. 18-4028-CV-C-MDH

Preparation of transcript of status conference held 11/13/18

46 pages at $ 4.85 per page          $ 223.10

Amount Due                           $ 223.10

Terms: Payment Due Upon Receipt