EXHIBIT C—FEES FOR EXEMPLIFICATION AND COSTS OF MAKING COPIES OF ANY MATERIALS

| Description | Cost |
|---|---|
| **Transperfect Legal Solutions** | |
| Color Imaging | $547.00 |
| Coding | $719.60 |
| Tax Amount | $112.41 |
| **KLDiscovery – 059954 – July 2018** | |
| Hourly Collection Labor | $1000.00 |
| **KLDiscovery – 061447 – August 2018** | |
| Relativity Technical Support | $50.00 |
| **KLDiscovery – 063011 – Sept. 2018** | |
| Relativity Technical Support | $125.00 |
| **KLDiscovery – 064806 – Oct. 2018** | |
| Relativity Technical Support | $500.00 |
| **Total** | $3,054.01 |



$$\frac{547.00 + 719.60}{1288.48} \times 114.35$$

$$= 112.41$$

| | | |
|---|---|---|
| **Bill To:** | **Requested By:** | |
| Kelley Drye & Warren LLP<br>Attn: Ms. Anne Fierro<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>USA | Ms. Anne Fierro<br>Kelley Drye & Warren LLP<br>101 PARK AVENUE<br>NEW YORK, NY 10178<br>USA | |

| | | | | |
|---|---|---|---|---|
| **Invoice #:** | 133521 | **Sales Contact:** | Lindsay Morton (lmorton@transperfect.com) | |
| **Invoice Date:** | 07/31/2018 | **Payment Terms:** | Net 30 | |
| **Invoice Due:** | 08/30/2018 | | | |
| **Contract #:** | DM0141167 | **Purchase Order #:** | | |
| **Case Name:** | Budweiser Cards Scan | | | |
| **Requested Date:** | 07/26/2018 | | | |

**Project Notes:**
Case Name: Budweiser Cards Scan
Requested by: Anne Fierro
Date requested: 07/26/2018

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Budweiser Cards Scan** | | | | |
| OCR (Text Extraction) | 1,094.00 | Page | 0.020 | 21.88 |
| Coding | 2,570.00 | Each | 0.280 | 719.60 |
| Color Imaging | 1,094.00 | Page | 0.500 | 547.00 |
| | | | **Total to Bill This Contract:** | US$1,288.48 |
| | | | **Tax Amount:** | US$114.35 |
| | | | **Total Amount Due:** | US$1,402.83 |

**PAYMENT INSTRUCTIONS**

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

**Wire Transfer Details:**
Signature NY
A/C #: 1500646914
ABA Routing #: 026013576
SWIFT CODE: SIGNUS33

Please reference the Contract # DM0141167 and Invoice # 133521 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 1



**KLDiscovery**
8201 Greensboro Drive Suite 300
McLean, VA 22102

Page 1/1
Invoice 059954
Date 7/31/2018

Phone (703) 288-3380   Fax (703) 288-3801         www.KLDiscovery.com

**Bill To:** Kelley Drye & Warren, LLP
Eric Cohen
101 Park Avenue
27th Floor
New York NY   10178

**Ship To:** Kelley Drye & Warren, LLP
Eric Cohen
101 Park Avenue
27th Floor
New York NY   10178

**Please note our Bank Account, Wire Transfer (ABA Routing),
ACH Account and EIN numbers are all unchanged.
All inquiries regarding this can be directed to AR.LD@KrolLDiscovery.com.**

| Client Matter/Customer PO | Customer ID | Salesperson ID | Shipping Method | Payment Terms | |
|---|---|---|---|---|---|
| KDW 026756-0001 - BREW HOUSE BEAL | KDW1000_103601 | KJ | ELECTRONIC | NET 30 | |
| **Item Number** | **Description** | | **Quantity** | **Rate** | **Ext. Price** |
| HOST_DATA100 | Relativity Data Hosting | | 60.10 | $5.00 | $300.50 |
| HOST_SUP100 | Relativity Technical Support | | 4.80 | $125.00 | $600.00 |
| EDD_BUNDGB100 | EDD - Bundled Productions | | 0.06 | $300.00 | $18.00 |
| EDD_OCR100 | OCR | | 88.00 | $0.030 | $2.64 |
| FOR_COL100 | Hourly Collection Labor | | 4.00 | $250.00 | $1,000.00 |
| HOST_USER100 | Relativity User Access | | 6.00 | $80.00 | $480.00 |
| | CM #: 026756-0001 | | | | |

$2,401.14
$0.00
$2,401.14
$0.00
$2,401.14

**ACH Instructions:**
LDiscovery, LLC dba KLDiscovery
Wells Fargo Bank
1753 Pinnacle Drive
McLean, VA 22102
Routing: 051400549
Account: 2000024611088

**Remittance Address:**
LDISCOVERY, LLC
PO BOX 603692
Charlotte, NC 28260-3692

**Overnight Address:**
LDISCOVERY, LLC
**Lockbox Services (603692)**
1525 West W.T. Harris Blvd. - 2C2
Charlotte, NC 28262



# Invoice

8201 Greensboro Drive Suite 300
McLean, VA 22102

| | |
|---|---|
| Page | 1/1 |
| Invoice | 061447 |
| Date | 8/31/2018 |

Phone (703) 288-3380    Fax (703) 288-3801        www.KLDiscovery.com

**Bill To:** Kelley Drye & Warren, LLP
Eric Cohen
101 Park Avenue
27th Floor
New York NY   10178

**Ship To:** Kelley Drye & Warren, LLP
Eric Cohen
101 Park Avenue
27th Floor
New York NY   10178

**LDiscovery is now LDiscovery, LLC dba KLDiscovery**
Please note our Bank Account, Wire Transfer (ABA Routing),
ACH Account and EIN numbers are all unchanged.
All inquiries regarding this can be directed to AR.LD@KrolLDiscovery.com.

| Client Matter/Customer PO | Customer ID | Salesperson ID | Shipping Method | Payment Terms | |
|---|---|---|---|---|---|
| KDW 026756-0001 – BREW HOUSE BEAL | KDW1000_103601 | KJ | ELECTRONIC | NET 30 | |
| **Item Number** | **Description** | | **Quantity** | **Rate** | **Ext. Price** |
| HOST_DATA100 | Relativity Data Hosting | | 122.33 | $5.00 | $611.65 |
| EDD_BUNDGB100 | EDD - Bundled Productions | | 3.37 | $300.00 | $1,011.00 |
| EDD_OCR100 | OCR | | 1,938.00 | $0.030 | $58.14 |
| HOST_SUP100 | Relativity Technical Support | | 8.70 | $125.00 | $1,087.50 |
| HOST_USER100 | Relativity User Access | | 5.00 | $80.00 | $400.00 |
| HOST_KLDANALY100 | KLD Analytics | | 25,896.00 | $0.05 | $1,294.80 |
| | CM #: 026756-0001 | | | | |

| | |
|---|---|
| Subtotal | $4,463.09 |
| Sales Tax | $0.00 |
| Total | $4,463.09 |
| Payments/Credits | $0.00 |
| Balance Due | $4,463.09 |

**ACH Instructions:**
LDiscovery, LLC dba KLDiscovery
Wells Fargo Bank
1753 Pinnacle Drive
McLean, VA 22102
Routing: 051400549
Account: 2000024611088

**Remittance Address:**
LDISCOVERY, LLC
PO BOX 603692
Charlotte, NC 28260-3692

**Overnight Address:**
LDISCOVERY, LLC
Lockbox Services (603692)
1525 West W.T. Harris Blvd. – 2C2
Charlotte, NC 28262

*8/28 Native export — $50.00* (handwritten annotation)



# Invoice

8201 Greensboro Drive Suite 300
McLean, VA 22102

| | |
|---|---|
| Page | 1/1 |
| Invoice | 063011 |
| Date | 9/30/2018 |

Phone (703) 288-3380  Fax (703) 288-3801     www.KLDiscovery.com

**Bill To:** Kelley Drye & Warren, LLP
Eric Cohen
101 Park Avenue
27th Floor
New York NY  10178

**Ship To:** Kelley Drye & Warren, LLP
Eric Cohen
101 Park Avenue
27th Floor
New York NY  10178

LDiscovery is now LDiscovery, LLC dba KLDiscovery
Please note our Bank Account, Wire Transfer (ABA Routing),
ACH Account and EIN numbers are all unchanged.
All inquiries regarding this can be directed to AR.LD@KrolLDiscovery.com.

| Client Matter/Customer PO | Customer ID | Salesperson ID | Shipping Method | Payment Terms | |
|---|---|---|---|---|---|
| KDW 026756-0001 – BREW HOUSE BEAL | KDW1000_103601 | KJ | ELECTRONIC | NET 30 | |
| **Item Number** | **Description** | | Quantity | Rate | Ext. Price |
| HOST_DATA100 | Relativity Data Hosting | | 125.44 | $5.00 | $627.20 |
| EDD_BUNDGB100 | EDD - Bundled Productions | | 0.01 | $300.00 | $3.00 |
| EDD_OCR100 | OCR | | 7.00 | $0.030 | $0.21 |
| HOST_SUP100 | Relativity Technical Support | | 3.90 | $125.00 | $487.50 |
| HOST_USER100 | Relativity User Access  026756-0001 | | 6.00 | $80.00 | $480.00 |

|  |  |
|---|---|
| Subtotal | $1,597.91 |
| Sales Tax | $0.00 |
| Total | $1,597.91 |
| Payments/Credits | $0.00 |
| Balance Due | $1,597.91 |

**ACH Instructions:**
LDiscovery, LLC dba KLDiscovery
Wells Fargo Bank
1753 Pinnacle Drive
McLean, VA 22102
Routing: 051400549
Account: 2000024611088

**Remittance Address:**
LDISCOVERY, LLC
PO BOX 603692
Charlotte, NC 28260-3692

**Overnight Address:**
LDISCOVERY, LLC
Lockbox Services (603692)
1525 West W.T. Harris Blvd. – 2C2
Charlotte, NC 28262

*Handwritten annotation:*
9/3 TIFF request - $25.00
9/4 Native export - $100.00



# Invoice

8201 Greensboro Drive Suite 300
McLean, VA 22102

| | |
|---|---|
| Page | 1/1 |
| Invoice | 064806 |
| Date | 10/31/2018 |

Phone (703) 288-3380    Fax (703) 288-3801    www.KLDiscovery.com

**Bill To:** Kelley Drye & Warren, LLP
Eric Cohen
101 Park Avenue
27th Floor
New York NY   10178

**Ship To:** Kelley Drye & Warren, LLP
Eric Cohen
101 Park Avenue
27th Floor
New York NY   10178

LDiscovery is now LDiscovery, LLC dba KLDiscovery
Please note our Bank Account, Wire Transfer (ABA Routing),
ACH Account and EIN numbers are all unchanged.
All inquiries regarding this can be directed to AR.LD@KrolLDiscovery.com.

| Client Matter/Customer PO | Customer ID | Salesperson ID | Shipping Method | Payment Terms | |
|---|---|---|---|---|---|
| KDW 026756-0001 - BREW HOUSE BEAL | KDW1000_103601 | KJ | ELECTRONIC | NET 30 | |

| Item Number | Description | Quantity | Rate | Ext. Price |
|---|---|---|---|---|
| HOST_DATA100 | Relativity Data Hosting | 126.07 | $5.00 | $630.35 |
| EDD_BUNDGB100 | EDD - Bundled Productions | 0.22 | $300.00 | $66.00 |
| HOST_SUP100 | Relativity Technical Support | 5.80 | $125.00 | $725.00 |
| HOST_USER100 | Relativity User Access 026756-0001 | 6.00 | $80.00 | $480.00 |

|  |  |
|---|---|
| Subtotal | $1,901.35 |
| Sales Tax | $0.00 |
| Total | $1,901.35 |
| Payments/Credits | $0.00 |
| Balance Due | $1,901.35 |

**ACH Instructions:**
LDiscovery, LLC dba KLDiscovery
Wells Fargo Bank
1753 Pinnacle Drive
McLean, VA 22102
Routing: 051400549
Account: 2000024611088

**Remittance Address:**
LDISCOVERY, LLC
PO BOX 603692
Charlotte, NC 28260-3692

**Overnight Address:**
LDISCOVERY, LLC
Lockbox Services (603692)
1525 West W.T. Harris Blvd. - 2C2
Charlotte, NC 28262

10/12 PDF and native export - $500.00