EXHIBIT D—COMPENSATION OF COURT-APPOINTED EXPERTS

| Description | Cost |
|---|---:|
| Fee for Judge Schaeperkoetter, Special Master | $178.75 |
| **Total** | $178.75 |

# INVOICE

**August 5, 2019**

**Jeff W. Schaeperkoetter**
320 Nishodse Bluff
Jefferson City, MO  65101
jwschae@hotmail.com

Special Master, Beal v. Outfield Brew House, LLC

| Date | Description | Time |
|---|---|---|
| 1/7/2019 | Review submissions by parties | 0.6 hrs. |
| 1/8/2019 | Telephone conference with counsel | 0.5 hrs. |
|  | Prepare ruling by docket entry and e-mail to counsel/court | 0.2 hrs |

Total time of 1.3 hours at rate of $275.00 per hour--$357.50

**One-half to Plaintiff (through William Kenney)**     $178.75
**One-half to Defendant (through James Foland)**     $178.75