IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| COLBY L. BEAL, individually and on behalf of All others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>OUTFIELD BREW HOUSE LLC d/b/a BUDWEISER BREW HOUSE,<br><br>    Defendant. | Case No. 2:18-CV-4028-MDH |

## ORDER

Before the Court is Plaintiff's Motion To Alter Or Amend Order And Judgment. (Doc. 255). Plaintiff moves the Court, pursuant to Federal Rules of Civil Procedure 52(b) and 59(e), to alter or amend its Order and Judgment granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Class Certification (Dkts. 252, 253) to clarify the grounds for the Court's denial of class certification and to narrow the issues for any appeal. The motion is ripe for review.

After reviewing the record before the Court, and in order to clarify the record for appeal, the Court **ORDERS** that the motion for class certification was denied as moot for the reasons set forth in the Court's Order – Doc. 252.

**IT IS SO ORDERED.**

Date: April 8, 2020

                                                                   *s/ Douglas Harpool*
                                                                 DOUGLAS HARPOOL
                                                                 UNITED STATES DISTRICT JUDGE