WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

*UNITED STATES DISTRICT COURT*

| | | |
|---|---|---|
| COLBY BEAL, individually and on behalf of All others similarly situated, | ) ) ) ) | |
| vs. | ) ) | Case No. 18-4028-CV-C-MDH |
| OUTFIELD BREW HOUSE, LLC d/b/a BUDWEISER BREW HOUSE, | ) ) | |

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X  Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

It is hereby **ORDERED** that the motion for class certification was denied as moot for the reasons set forth in the Court's Order – Doc. 252. (Order, Doc. 260 filed on 4/8/20).

**IT IS SO ORDERED**.

 April 9, 2020                                   Paige Wymore-Wynn   
Date                                                     Clerk of Court

Entered on:  April 8, 2020            s/Linda Howard_____  
                                                     (By) Deputy Clerk